UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 17  10 22 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>ARTHUR L. OGONOSKI,<br>Defendant. | )<br>)<br>)<br>)  Civil No. 01-CV-2024 (MRK)<br>)<br>)<br>)<br>) |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States of America hereby moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56. Arthur Ogonoski failed to fully pay his federal tax liabilities for the 1989 through 1997 and 2000 tax years. The United States is entitled to judgment against Arthur Ogonoski as a matter of law, in the amount of $40,131.25, plus statutory additions, including accrued interest.

ORAL ARGUMENT IS NOT REQUESTED

In support of its motion, the United States hereby submits a Local Rule 56(a) Statement and a Memorandum of Law.

Dated: December 16, 2003

Respectfully submitted,

JOHN A. DANAHER, III
United States Attorney

LISA A. PERKINS
Assistant U.S. Attorney

WENDY J. KISCH (CT19019)
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 55
Washington, D.C. 20044-0055
phone: (202) 307-6553
fax: 202-514-5238
e-mail: wendy.j.kisch@usdoj.gov

ORAL ARGUMENT IS NOT REQUESTED   2

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the United States' Motion for Summary Judgment, United States' Memorandum in Support of its Motion for Summary Judgment, United States' Local Rule 56(a)(1) Statement; Notice to Pro Se Litigant, a copy of Local Rule 56, and a copy of Federal Rule of Civil Procedure 56 have this /6 day of December, 2003, been made upon the following by causing a copy to be deposited in the United States mail, postage prepaid, addressed to:

        Arthur L. Ogonoski
        348 G. Washington Turnpike
        Burlington, CT 06103

WENDY J. KISCH (CT19019)
Trial Attorney
Tax Division, Civil Trial, Northern
U.S. Department of Justice
P.O. Box 55
Washington, DC 20044
202-307-6553