UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,                             )<br>v.                                                 )<br>                                                   )<br>ARTHUR L. OGONOSKI,          )<br>       Defendant.                         )<br>_____) | Civil No. 01-CV-2024 (MRK) |

FILED
DEC 17  12 22 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES' LOCAL RULE 56(a)(1) STATEMENT

The United States hereby submits the following Local Rule 56(a)(1) Statement in support of its motion for summary judgment.

1. On or about April 15, 1990, Arthur L. Ogonoski filed a federal income tax return for the 1989 tax year, reporting a tax due of $9,395.22. Exhibit 1.

2. On May 28, 1990, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1989 federal income taxes, penalties and interest totaling $10,240.42. Exhibit 1.

3. There remains due and owing $5,045.90, plus statutory additions, including accrued interest. Exhibit 1.

4. On or about April 15, 1991, Arthur Ogonoski filed a federal income tax return of the 1990 tax year, reporting a tax due of $8,278.85. Exhibit 2.

5. On June 3, 1991, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1990 federal income taxes, penalties and interest totaling $9,003.27. Exhibit 2.

6.  There remains due and owing $8,873.27, plus statutory additions, including accrued interest. Exhibit 2.

7.  On or about April 15, 1992, Arthur L. Ogonoski filed a federal income tax return for the 1991 tax year, reporting a tax due of $2,929.76. Exhibit 3.

8.  On June 1, 1992, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1991 federal income taxes, penalties and interest totaling $3,157.81. Exhibit 3.

9.  There remains due and owing $3,197.81, plus statutory additions, including accrued interest. Exhibit 3.

10. On or about April 15, 1993, Arthur L. Ogonoski filed a federal income tax return for the 1992 tax year, reporting a tax due of $5,507.09. Exhibit 4.

11. On May 31, 1993, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1992 federal income taxes, penalties and interest totaling $5,750.72. Exhibit 4.

12. There remains due and owing $5,647.97 plus statutory additions, including accrued interest. Exhibit 4.

13. On or about April 15, 1994, Arthur L. Ogonoski filed a federal income tax return for the 1993 tax year, reporting a tax due of $4,887.59. Exhibit 5.

14. On May 30, 1994, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1993 federal income taxes, penalties and interest totaling $5,147.46. Exhibit 5.

15. There remains due and owing $4,438.19, plus statutory additions, including accrued interest. Exhibit 5.

16. On or about April 15, 1995, Arthur L. Ogonoski filed a federal income tax return for the 1994 tax year, reporting a tax due of $3,535.72. Exhibit 6.

17. On May 29, 1995, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1994 federal income taxes, penalties and interest totaling $3,693.47. Exhibit 6.

18. There remains due and owing $2,366.32, plus statutory additions, including accrued interest. Exhibit 6.

19. On or about April 17, 1996, Arthur L. Ogonoski filed a federal income tax return for the 1995 tax year, reporting a tax due of $5,008.19. Exhibit 7.

20. On June 10, 1996, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1995 federal income taxes, penalties and interest totaling $5,054.75. Exhibit 7.

21. There remains due and owing $2,003.08, plus statutory additions, including accrued interest. Exhibit 7.

22. On or about April 18, 1997, Arthur L. Ogonoski filed a federal income tax return for the 1996 tax year, reporting a tax due of $6,561.00. Exhibit 8.

23. On June 2, 1997, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1996 federal income taxes, penalties and interest totaling $6,621.12. Exhibit 8.

3

24.     There remains due and owing $2,264.73, plus statutory additions, including accrued interest. Exhibit 8.

25.     On or about April 15, 1998, Arthur L. Ogonoski filed a federal income tax return for the 1997 tax year, reporting a tax due of $9,798.03. Exhibit 9.

26.     On May 25, 1998, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 1997 federal income taxes, penalties and interest totaling $9,984.60. Exhibit 9.

27.     There remains due and owing $5,304.30, plus statutory additions, including accrued interest. Exhibit 9.

28.     On or about April 15, 2001, Arthur L. Ogonoski filed a federal income tax return for the 2000 tax year, reporting a tax due of $11,091.47. Exhibit 10.

29.     On June 4, 2001, a delegate of the Secretary of the Treasury made an assessment against Arthur L. Ogonoski for 2000 federal income taxes, penalties and interest totaling $11,266.49. Exhibit 10.

30. There remains due and owing $989.68, plus statutory additions, including accrued interest. Exhibit 10.

Dated: December 16, 2003

Respectfully submitted,

JOHN A. DANAHER, III
United States Attorney

LISA A. PERKINS
Assistant U.S. Attorney

WENDY J. KISCH (CT19019)
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 55
Washington, D.C. 20044-0055
phone: (202) 307-6553
fax: 202-514-5238
e-mail: wendy.j.kisch@usdoj.gov

5