---
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

ARTHUR & ARLENE OGONOSKI JR                          EIN/SSN: 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
                                                              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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1993

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 31,997.00 | | | |
| | TAXABLE INCOME 9,347.00 | | | |
| | SELF EMPLOYMENT TAX 3,489.00 | | | |
| 04/15/1994 | RETURN FILED AND TAX ASSESSED 08221-121-62604-4        199420 | 4,887.59 | | 05/30/1994 |
| 04/15/1994 | WITHHOLDING CREDIT | | 554.27 | |
| | ESTIMATED TAX PENALTY            199420 | 178.98 | | 05/30/1994 |
| | FAILURE TO PAY TAX PENALTY       199420 | 43.33 | | 05/30/1994 |
| | INTEREST ASSESSED               199420 | 37.56 | | 05/30/1994 |
| 09/16/1994 | FEDERAL TAX LIEN | | | |
| 03/22/1995 | SUBSEQUENT PAYMENT | | 50.00 | |
| 08/28/1996 | SUBSEQUENT PAYMENT | | 30.00 | |
| 11/22/1996 | SUBSEQUENT PAYMENT | | 25.00 | |

GOVERNMENT
EXHIBIT
5

```
------------------------------------------------------------------------
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------
```

ARTHUR & ARLENE OGONOSKI JR                      EIN/SSN: 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
                                                          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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1993

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 12/02/1996 | SUBSEQUENT PAYMENT | | 50.00 | |
| 08/11/2000 | INTENT TO LEVY COLL. DUE PROCESS LEVY NOTICE ISSUED | | | |
| 08/16/2000 | INTENT TO LEVY COLL. DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10/08/2001 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05/30/1994 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 06/20/1994 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 05/25/1998 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 06/05/2000 | NOTICE OF BALANCE DUE | | | |
| 07/10/2000 | STATUTORY NOTICE OF INTENT TO LEVY | | | |

                  ASSESSED ITEMS BALANCE DUE              4,438.19
------------------------------------------------------------------------

------------------------------------------------------------------------
Form 4340(Rev. 03-2000)                          Page: 2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

ARTHUR & ARLENE OGONOSKI JR                          EIN/SSN: 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
                                                              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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                      TAX PERIOD: DEC. 1993

--------------------------------------------------------------------------------

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes
specified is a true and complete transcript for the period stated, and all assessments,
abatements, credits, refunds, and advance or unidentified payments, and the assessed balance
relating thereto, as disclosed by the records of this office as of the date of this
certification, are shown therein. I further certify that the other specified matters set forth
in this transcript appear in the official records of the Internal Revenue Service.

--------------------------------------------------------------------------------

Signature of Certifying Officer: _Susan McMahon_

Print Name: Susan McMahon

Title: Supervisory Investigative Analyst

Local Delegation Order: 198/18


Location:  Internal Revenue Service
           Andover, MA                    Account Status Date: 05/03/2002
--------------------------------------------------------------------------------

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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

U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1994

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 31,327.83 | | | |
| | TAXABLE INCOME 7,827.83 | | | |
| | SELF EMPLOYMENT TAX 2,362.00 | | | |
| 04/15/1995 | RETURN FILED AND TAX ASSESSED 08221-123-18797-5          199520 | 3,535.72 | | 05/29/1995 |
| 04/15/1995 | WITHHOLDING CREDIT | | 1,293.15 | |
| | ESTIMATED TAX PENALTY                 199520 | 108.14 | | 05/29/1995 |
| | FAILURE TO PAY TAX PENALTY          199520 | 22.42 | | 05/29/1995 |
| | INTEREST ASSESSED                       199520 | 27.19 | | 05/29/1995 |
| 07/28/1995 | FEDERAL TAX LIEN | | | |
| 08/28/1995 | FEES AND COLLECTION COSTS | 20.00 | | |
| 09/08/1995 | SUBSEQUENT PAYMENT | | 50.00 | |
| 09/09/1996 | SUBSEQUENT PAYMENT | | 30.00 | |

Form 4340(Rev. 03-2000)                              Page: 1

GOVERNMENT
EXHIBIT

_____6_____

```
----------------------------------------------------------------------------
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
```

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1994

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08/11/2000 | INTENT TO LEVY COLL. DUE PROCESS LEVY NOTICE ISSUED | | | |
| 08/16/2000 | INTENT TO LEVY COLL. DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08/03/2001 | FEDERAL TAX LIEN | | | |
| 08/27/2001 | FEES AND COLLECTION COSTS | 26.00 | | |
| 10/08/2001 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05/29/1995 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 06/19/1995 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 05/25/1998 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 06/05/2000 | NOTICE OF BALANCE DUE | | | |
| 07/10/2000 | STATUTORY NOTICE OF INTENT TO LEVY | | | |

              ASSESSED ITEMS BALANCE DUE               2,366.32
```
----------------------------------------------------------------------------
```

```
----------------------------------------------------------------------------
Form 4340(Rev. 03-2000)                      Page: 2
```

---

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ARTHUR L JR & ARLENE C OGONOSKI                          EIN/SSN: 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
                                                                  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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                        TAX PERIOD: DEC. 1994

---

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes
specified is a true and complete transcript for the period stated, and all assessments,
abatements, credits, refunds, and advance or unidentified payments, and the assessed balance
relating thereto, as disclosed by the records of this office as of the date of this
certification, are shown therein. I further certify that the other specified matters set forth
in this transcript appear in the official records of the Internal Revenue Service.

---

Signature of Certifying Officer: _Susan McMahon_

Print Name: Susan McMahon

Title: Supervisory Investigative Analyst

Local Delegation Order: 198/18


Location:  Internal Revenue Service
           Andover, MA                        Account Status Date: 05/03/2002

---

---

Form 4340(Rev. 03-2000)                                   Page: 3

```
------------------------------------------------------------------
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------
```

ARTHUR L JR & ARLENE C OGONOSKI                      EIN/SSN: 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
                                                              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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                 TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|

ADJUSTED GROSS INCOME
    38,370.98

TAXABLE INCOME
    16,820.98

SELF EMPLOYMENT TAX
    2,484.00

| 04/17/1996 | RETURN FILED AND TAX ASSESSED 08211-117-30674-6   199622 | 5,008.19 | | 06/10/1996 |
| 04/15/1996 | WITHHOLDING CREDIT | | 2,696.67 | |
| 08/25/1995 | ESTIMATED TAX DECLARATION | | 100.00 | |
| 04/17/1996 | PAYMENT WITH RETURN | | 25.00 | |
| 04/17/1996 | SUBSEQUENT PAYMENT | | 100.00 | |
| | FAILURE TO PAY TAX PENALTY   199622 | 20.87 | | 06/10/1996 |
| | INTEREST ASSESSED   199622 | 25.69 | | 06/10/1996 |
| 06/26/1996 | SUBSEQUENT PAYMENT | | 40.00 | |
| 08/14/1996 | SUBSEQUENT PAYMENT | | 40.00 | |

Form 4340(Rev. 03-2000)                        Page: 1

GOVERNMENT EXHIBIT 7

------------------------------------------------------------
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040              TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|------------------------------|------|------|------|
| 01/30/1997 | SUBSEQUENT PAYMENT | | 25.00 | |
| 02/28/1997 | FEDERAL TAX LIEN | | | |
| 03/24/1997 | FEES AND COLLECTION COSTS | 20.00 | | |
| 10/10/1997 | SUBSEQUENT PAYMENT | | 20.00 | |
| 12/30/1997 | SUBSEQUENT PAYMENT | | 25.00 | |
| 08/11/2000 | INTENT TO LEVY COLL. DUE PROCESS LEVY NOTICE ISSUED | | | |
| 08/16/2000 | INTENT TO LEVY COLL. DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08/03/2001 | FEDERAL TAX LIEN | | | |
| 10/08/2001 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 06/10/1996 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 07/15/1996 | NOTICE OF BALANCE DUE | | | |
| 08/19/1996 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 09/16/1996 | STATUTORY NOTICE OF INTENT TO LEVY | | | |

------------------------------------------------------------
Form 4340(Rev. 03-2000)                    Page: 2

---

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ARTHUR L JR & ARLENE C OGONOSKI

EIN/SSN: 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
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

U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06/05/2000 | NOTICE OF BALANCE DUE | | | |
| 07/10/2000 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| | ASSESSED ITEMS BALANCE DUE | | 2,003.08 | |

---

Form 4340(Rev. 03-2000)                    Page: 3

---
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

ARTHUR L JR & ARLENE C OGONOSKI                          EIN/SSN: 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
                                                                  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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                        TAX PERIOD: DEC. 1995
---

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes
specified is a true and complete transcript for the period stated, and all assessments,
abatements, credits, refunds, and advance or unidentified payments, and the assessed balance
relating thereto, as disclosed by the records of this office as of the date of this
certification, are shown therein. I further certify that the other specified matters set forth
in this transcript appear in the official records of the Internal Revenue Service.
---

Signature of Certifying Officer: _Susan McMahon_

Print Name: Susan McMahon

Title: Supervisory Investigative Analyst

Local Delegation Order: 198/18


Location:  Internal Revenue Service
           Andover, MA                    Account Status Date: 05/03/2002
---

---

---
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

ARTHUR L JR & ARLENE C OGONOSKI                          EIN/SSN: 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
                                                                  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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1996

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 44,129.00 | | | |
| | TAXABLE INCOME 24,679.00 | | | |
| | SELF EMPLOYMENT TAX 2,860.00 | | | |
| 04/18/1997 | RETURN FILED AND TAX ASSESSED 08221-124-86326-7    199721 | 6,561.00 | | 06/02/1997 |
| 04/15/1997 | WITHHOLDING CREDIT | | 3,476.39 | |
| 05/05/1996 | ESTIMATED TAX DECLARATION | | 100.00 | |
| 06/21/1996 | ESTIMATED TAX DECLARATION | | 100.00 | |
| 10/09/1996 | ESTIMATED TAX DECLARATION | | 50.00 | |
| 12/26/1996 | ESTIMATED TAX DECLARATION | | 30.00 | |
| 04/18/1997 | PAYMENT WITH RETURN | | 60.00 | |
| | FAILURE TO PAY TAX PENALTY 199721 | 27.45 | | 06/02/1997 |
| | INTEREST ASSESSED 199721 | 32.67 | | 06/02/1997 |

---
Form 4340(Rev. 03-2000)                        Page: 1

GOVERNMENT EXHIBIT 8

```
--------------------------------------------------------------------------------
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
```

ARTHUR L JR & ARLENE C OGONOSKI                          EIN/SSN: 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
                                                                  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


        U.S. INDIVIDUAL INCOME TAX RETURN
        FORM: 1040                    TAX PERIOD: DEC. 1996

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08/25/1997 | SUBSEQUENT PAYMENT |  | 100.00 |  |
| 09/08/1997 | SUBSEQUENT PAYMENT |  | 100.00 |  |
| 09/24/1997 | SUBSEQUENT PAYMENT |  | 100.00 |  |
| 11/06/1997 | SUBSEQUENT PAYMENT |  | 50.00 |  |
| 12/12/1997 | SUBSEQUENT PAYMENT |  | 25.00 |  |
| 12/29/1997 | SUBSEQUENT PAYMENT |  | 25.00 |  |
| 01/07/1998 | SUBSEQUENT PAYMENT |  | 40.00 |  |
| 01/12/1998 | SUBSEQUENT PAYMENT |  | 100.00 |  |
| 08/11/2000 | INTENT TO LEVY COLL. DUE PROCESS LEVY NOTICE ISSUED |  |  |  |
| 08/16/2000 | INTENT TO LEVY COLL. DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |
| 08/03/2001 | FEDERAL TAX LIEN |  |  |  |
| 10/08/2001 | LEGAL/BANKRUPTCY SUIT PENDING |  |  |  |
| 06/02/1997 | STATUTORY NOTICE OF BALANCE DUE |  |  |  |

```
--------------------------------------------------------------------------------
```

------------------------------------------------------------------------
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ARTHUR L JR & ARLENE C OGONOSKI

                                                    EIN/SSN: 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
                                                             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


    U.S. INDIVIDUAL INCOME TAX RETURN
    FORM: 1040                   TAX PERIOD: DEC. 1996

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|------------------------------|-------------------------------------|----------------------------|----------------------------------|
| 07/07/1997 | NOTICE OF BALANCE DUE | | | |
| 08/11/1997 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 06/05/2000 | NOTICE OF BALANCE DUE | | | |
| 07/10/2000 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| | ASSESSED ITEMS BALANCE DUE | | 2,264.73 | |

------------------------------------------------------------------------

------------------------------------------------------------------------
Form 4340(Rev. 03-2000)                          Page: 3

------------------------------------------------------------------------
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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


    U.S. INDIVIDUAL INCOME TAX RETURN
    FORM: 1040                    TAX PERIOD: DEC. 1996
------------------------------------------------------------------------


I certify that the foregoing transcript of the taxpayer named above in respect to the taxes
specified is a true and complete transcript for the period stated, and all assessments,
abatements, credits, refunds, and advance or unidentified payments, and the assessed balance
relating thereto, as disclosed by the records of this office as of the date of this
certification, are shown therein. I further certify that the other specified matters set forth
in this transcript appear in the official records of the Internal Revenue Service.
------------------------------------------------------------------------

Signature of Certifying Officer: _Susan McMahon_

Print Name: Susan McMahon

Title: Supervisory Investigative Analyst

Local Delegation Order: 198/18


Location:  Internal Revenue Service
           Andover, MA                    Account Status Date: 05/03/2002
------------------------------------------------------------------------


------------------------------------------------------------------------
Form 4340(Rev. 03-2000)                              Page: 4