---
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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

U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040              TAX PERIOD: DEC. 1997

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|----------------------------|---------------------------------|
|  | ADJUSTED GROSS INCOME 57,317.00 | | | |
|  | TAXABLE INCOME 37,167.00 | | | |
|  | SELF EMPLOYMENT TAX 4,222.00 | | | |
| 04/15/1998 | RETURN FILED AND TAX ASSESSED 08221-118-11093-8        199819 | 9,798.03 | | 05/25/1998 |
| 04/15/1998 | WITHHOLDING CREDIT | | 4,330.30 | |
| 06/10/1997 | ESTIMATED TAX DECLARATION | | 50.00 | |
| 06/15/1997 | ESTIMATED TAX DECLARATION | | 100.00 | |
| 10/09/1997 | ESTIMATED TAX DECLARATION | | 100.00 | |
| 01/12/1998 | ESTIMATED TAX DECLARATION | | 100.00 | |
|  | ESTIMATED TAX PENALTY            199819 | 115.29 | | 05/25/1998 |
|  | FAILURE TO PAY TAX PENALTY       199819 | 26.22 | | 05/25/1998 |
|  | INTEREST ASSESSED                199819 | 45.06 | | 05/25/1998 |

---

Form 4340(Rev. 03-2000)                              Page: 1

GOVERNMENT EXHIBIT
9
PENGAD-Bayonne, N. J.

------------------------------------------------------------------------
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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

U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                        TAX PERIOD: DEC. 1997

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 08/11/2000 | INTENT TO LEVY COLL. DUE PROCESS LEVY NOTICE ISSUED | | | |
| 08/16/2000 | INTENT TO LEVY COLL. DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08/03/2001 | FEDERAL TAX LIEN | | | |
| 10/08/2001 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 05/25/1998 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 06/15/1998 | STATUTORY NOTICE OF INTENT TO LEVY | | | |
| 06/05/2000 | NOTICE OF BALANCE DUE | | | |
| 07/10/2000 | STATUTORY NOTICE OF INTENT TO LEVY | | | |

          ASSESSED ITEMS BALANCE DUE                    5,304.30
------------------------------------------------------------------------

------------------------------------------------------------------------
Form 4340(Rev. 03-2000)                        Page: 2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR L JR & ARLENE C OGONOSKI                    EIN/SSN: 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
                                                            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

U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 1997

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified is a true and complete transcript for the period stated, and all assessments, abatements, credits, refunds, and advance or unidentified payments, and the assessed balance relating thereto, as disclosed by the records of this office as of the date of this certification, are shown therein. I further certify that the other specified matters set forth in this transcript appear in the official records of the Internal Revenue Service.

Signature of Certifying Officer: _Susan McMahon_

Print Name: Susan McMahon

Title: Supervisory Investigative Analyst

Local Delegation Order: 198/18

Location:  Internal Revenue Service
           Andover, MA                    Account Status Date: 05/06/2002

Form 4340(Rev. 03-2000)                    Page: 3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR L JR & ARLENE C OGONOSKI

EIN/SSN: 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
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

U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 2000

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|------------------------------|-------------------------------------|-----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 67,922.00 | | | |
| | TAXABLE INCOME 44,188.00 | | | |
| | SELF EMPLOYMENT TAX 4,422.00 | | | |
| 04/15/2001 | RETURN FILED AND TAX ASSESSED 08221-123-68112-1        200121 | 11,091.47 | | 06/04/2001 |
| 04/15/2001 | WITHHOLDING CREDIT | | 6,847.57 | |
| 05/15/2000 | ESTIMATED TAX DECLARATION | | 100.00 | |
| 07/12/2000 | ESTIMATED TAX DECLARATION | | 300.00 | |
| 07/12/2000 | ESTIMATED TAX DECLARATION | | 211.00 | |
| 07/12/2000 | ESTIMATED TAX DECLARATION | | 300.00 | |
| 07/12/2000 | ESTIMATED TAX DECLARATION | | 211.00 | |
| | ESTIMATED TAX PENALTY              200121 | 109.40 | | 06/04/2001 |
| | FAILURE TO PAY TAX PENALTY          200121 | 31.22 | | 06/04/2001 |

Form 4340(Rev. 03-2000)                                        Page: 1

GOVERNMENT
EXHIBIT
10
PENGAD-Bayonne, N.J.

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

ARTHUR L JR & ARLENE C OGONOSKI                          EIN/SSN: 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
                                                                  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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                    TAX PERIOD: DEC. 2000

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|------------------------------|-------------------------------------|----------------------------|----------------------------------|
|            | INTEREST ASSESSED<br>200121 | 34.40 | | 06/04/2001 |
| 08/01/2001 | SUBSEQUENT PAYMENT | | 1,000.00 | |
| 08/27/2001 | REFUNDABLE CREDIT | | 600.00 | |
|            | ADDITIONAL TAX ASSESSED<br>08254-999-05099-1        200133 | .00 | | 08/27/2001 |
|            | INTEREST ASSESSED<br>200133 | 50.93 | | 08/27/2001 |
|            | FAILURE TO PAY TAX PENALTY<br>200133 | 41.83 | | 08/27/2001 |
| 09/14/2001 | FEDERAL TAX LIEN | | | |
| 10/08/2001 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 11/21/2001 | SUBSEQUENT PAYMENT | | 800.00 | |
| 06/04/2001 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 08/27/2001 | STATUTORY NOTICE OF BALANCE DUE | | | |
|            | ASSESSED ITEMS BALANCE DUE | | 989.68 | |

Form 4340(Rev. 03-2000)                          Page: 2

---

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

ARTHUR L JR & ARLENE C OGONOSKI                          EIN/SSN: 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
                                                                  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


U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040                      TAX PERIOD: DEC. 2000

---

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes
specified is a true and complete transcript for the period stated, and all assessments,
abatements, credits, refunds, and advance or unidentified payments, and the assessed balance
relating thereto, as disclosed by the records of this office as of the date of this
certification, are shown therein. I further certify that the other specified matters set forth
in this transcript appear in the official records of the Internal Revenue Service.

---

Signature of Certifying Officer: _Susan McMahon_

Print Name: Susan McMahon

Title: Supervisory Investigative Analyst

Local Delegation Order: 198/18


Location:  Internal Revenue Service
           Andover, MA                      Account Status Date: 05/03/2002

---