UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv2024 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ARTHUR L. OGONOSKI, | : | |
| | : | |
| Defendant. | : | |

**NOTICE**

    Having received Plaintiff's Motion for Summary Judgment and accompanying materials [docs. #18-21] and Defendant's Response (styled "Motion to Set Aside Motion for Summary Judgement") [doc. #22], the Court directs Plaintiff to reply to the claims made by Defendant in his Response. Plaintiff's reply should be filed by **May 5, 2004.**

    The parties are also directed to tell the Court, by **May 5, 2004**, whether they would like a referral to a Magistrate Judge for a settlement conference to resolve the claims in this case.

.

                              IT IS SO ORDERED.

                          /s/       Mark R. Kravitz

                                     U.S.D.J.

Dated at New Haven, Connecticut: April 21, 2004