UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>ARTHUR L. OGONOSKI,<br>Defendant. | Civil No. 01-CV-2024 (MRK) |

### DECLARATION OF JOHN KEACH

I, John Keach, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Advisor in the Technical Support Unit of the Internal Revenue Service in Providence, Rhode Island.

2. In my official capacity with the Internal Revenue Service, I have lawful access to the records of the Internal Revenue Service with respect to Arthur L. Ogonoski.

3. The records of the Internal Revenue Service with respect to Arthur L. Ogonoski for the income tax period ending December 31, 1989, indicate that he remains indebted for federal income tax liabilities for that period in the amount of $22,508.63, plus interest and statutory additions from April 30, 2004.

4. The records of the Internal Revenue Service with respect to Arthur L. Ogonoski for the income tax period ending December 31, 1990, indicate that he remains indebted for federal income tax liabilities for that period in the amount of $26,267.34, plus interest and statutory additions from April 30, 2004.

5. The records of the Internal Revenue Service with respect to Arthur L. Ogonoski for the income tax period ending December 31, 2000, indicate that he remains indebted for federal income tax liabilities for that period in the amount of $1,287.51, plus interest and statutory additions from April 30, 2004.

6. When the Internal Revenue Service receives an undesignated payment from a taxpayer, the payment is applied to the taxpayer's oldest outstanding liability.

- 1 -


GOVERNMENT EXHIBIT A

7. All of the above is based on my personal knowledge and experience.

I, John Keach, declare under penalty of perjury that the foregoing is true and correct.

Executed on May __4__, 2004.

                                                  JOHN KEACH
                                                Advisor
                                                Internal Revenue Service
                                                Badge # 05-02038

Case 3:01-cv-02024-MRK     Document 24-2     Filed 05/05/2004     Page 3 of 9

1558

2102

| Form 12474(A) (Rev. 10-00) | Department of the Treasury - Internal Revenue Service<br>**Revocation of Certificate of Release of Federal Tax Lien** |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone    (860) 756-4451 | Serial Number<br><br>69125450 | For Use by Recording Office |
|---|---|---|

I certify that we mistakenly allowed a Notice of Federal Tax Lien filed against the taxpayer listed below to operate as a Certificate of Release. I declare that the automatic release of the Notice of Federal Tax Lien is revoked and that the lien is reinstated as provided under Internal Revenue Code Section 6325(f)(2).

Name of Taxpayer  ARTHUR & ARLENE OGONOSKI JR

Residence   411 JEROME AVE
            BURLINGTON, CT 06013-2313

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| 127 | 988 | n/a | 01897 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1989 | 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 | 05/28/1990 | 06/27/2000 | 8552.88 |
| 1040 | 12/31/1990 | 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 | 06/03/1991 | 07/03/2001 | 9003.27 |

Place of Filing   TOWN CLERK
                  BURLINGTON Town of
                  BURLINGTON, CT  06013

Total  $  17556.15

This notice was prepared and signed at ___Hartford, CT___, on this, the __14th__ day of __September__, __2001__.

[GOVERNMENT EXHIBIT B]

Signature  John Lacey, Acting

Title  Compliance Technical Support Manager

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Revocation of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE COPY

Form 12474(A) (Rev. 10-00)
CAT. NO 73179W

RECD- 9-21-01 AT 9:00 A.M.
ASST TOWN CLERK
Cynthia M Foster

2102

## Reason for Revoking the Certificate of Release of Federal Tax Lien and Reinstating the Notice of Federal Tax Lien

☐ Federal Tax Lien released in error.

☐ Failure to comply with collateral agreement in connection with a compromise.

☐ Liability was not discharged through litigation.

■ Notice of Federal Tax Lien was not refiled timely.

Department of the Treasury
Internal Revenue Service
135 High St.
Stop 155
Hartford CT 06103

VOL. 196 PAGE 1000

2106

# REVOCATION
## OF CERTIFICATE OF RELEASE OF FEDERAL TAX LIEN

**TO WHOM IT MAY CONCERN:**

I certify that I am the appointed and qualified Area Director of Internal Revenue charged by law with the duty of collecting and enforcing the collection of internal revenue taxes due the United States. I also certify that a certificate of release has been issued for the Federal tax lien on all property and rights to property belonging to Arthur & Arlene Ogonoski Jr. based on an assessment of Personal Income tax for the period(s) ending 12/31/1989 and 12/31/1990 against Arthur & Arlene Ogonoski Jr., 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, 411 Jerome Ave, Burlington, CT.

Notice of lien number 69125450 in the sum of Seventeen Thousand Five Hundred Fifty Six and 15/100 dollars ($17,556.15) was filed on 9/30/1991 with the Town in the of Burlington; as provided by section 6323 of the Internal Revenue Code.

The certificate identified above is revoked in accordance with the provisions of section 6325(f)(2) of the Internal Revenue Code, and the lien for those taxes is reinstated as provided by law.

Witness my hand at Hartford, CT, this 13th day of September, 2001.

Stephen Daige
Area Director of Internal Revenue

By _____
Wayne Falk
Technical Support Manager

REC'D- 9-21-01 AT 1:45 P.M
ASS'T TOWN CLERK
Michele R. Clark

| Form 668 (Y)(c)<br>(Rev. October 2000) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (860) 756-4451 | Serial Number<br><br>60186645 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

REC'D- 9-21-01 AT 1:46 P.
ASS'T TOWN CLER
Michele R. Cla

Name of Taxpayer ARTHUR & ARLENE OGONOSKI

Residence    348 GEORGE WASHINGTON TURNPIKE
             BURLINGTON, CT 06013-2417

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1989 | 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 | 05/28/1990 | N/A | 6493.90 |
| 1040 | 12/31/1990 | 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 | 06/03/1991 | N/A | 8873.27 |

Place of Filing    TOWN CLERK
                   BURLINGTON Town of
                   BURLINGTON, CT   06013

Total $   15367.17

This notice was prepared and signed at ___Hartford, CT___ , on this,
the ___13th___ day of ___September___, 2001.

Signature  _Jane Finnegan_           Title  Revenue Officer              06-01-3308
for DAVID JACOBOSKY                         (203) 596-4710

GOVERNMENT
EXHIBIT
C

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office           Form 668(Y)(c) (Rev. 10-00)
                                            CAT. NO 60025X

```
2229                                            COURT RECORDING DATA
---------------------------------------------+-------------------------------
    INTERNAL REVENUE SERVICE                 | Lien Recorded    : 08/17/1992 - 03:35AM
  FACSIMILE FEDERAL TAX LIEN DOCUMENT        | Recording Number: 02116
                                             | UCC Number       :
                                             | Liber            : 133
                                             | Page             : 768
---------------------------------------------+-------------------------------
District: CT-RI                              | IRS Serial Number: 69225518
---------------------------------------------+-------------------------------
               This Lien Has Been Filed in Accordance with
               Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  ARTHUR & ARLENE OGONOSKI JR


Residence :
  411 JEROME AVE
  BURLINGTON, CT 06013-2313

   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
```

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | 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 | 06/01/1992 | 07/01/2002 | 3157.81 |

```
Filed at:   TOWN CLERK
            BURLINGTON Town of                              Total   $      3157.81
            BURLINGTON, CT  06013

This notice was prepared and executed at Hartford, CT
on this, the 11th day of August, 1992.

Authorizing Official:                       Title:
    A.C.S. - Buffalo        ACS             BRANCH CHIEF                06-01-0000
```

GOVERNMENT EXHIBIT D

```
2229 *** REFILED NOTICE ** REFILED NOTICE ***        COURT RECORDING DATA
---------------------------------------------------+-------------------------------
    INTERNAL REVENUE SERVICE                        | Lien Recorded     : 05/09/2002 - 14:56PM
  FACSIMILE FEDERAL TAX LIEN DOCUMENT               | Recording Number:
                                                    | UCC Number        :
                                                    | Liber             : 205
                                                    | Page              : 0640
---------------------------------------------------+-------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1               | Original IRS Serial No.: 69416619
Lien Unit Phone: (617) 316-2575                     | Lien Recorded          : 09/14/1994
---------------------------------------------------+-------------------------------
                  This Lien Has Been Filed in Accordance with
                      Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  ARTHUR & ARLENE OGONOSKI JR


Residence :
  66 STAGECOACH RD
  BURLINGTON, CT 06013-2406


--------+------------+-------------+-------------+-----------------+----------------
Form    | Period     | ID Number   | Assessed    | Refile Deadline | Unpaid Balance
(a)     | (b)        | (c)         | (d)         | (e)             | (f)
--------+------------+-------------+-------------+-----------------+----------------
1040    | 12/31/1991 | 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 | 06/01/1992  |      N/A        |      3177.81




+--------------------------------------------------------------------------------+
|              NOTICE OF FEDERAL TAX LIEN REFILING                               |
|  Serial ID:  60294452                         Refiled At: BURLINGTON           |
|  New Address :                                                                 |
|    66 STAGECOACH RD                                                            |
|    BURLINGTON, CT 06013-2406                                                   |
|  Authorizing Official:                  DATE : 05/07/2002                      |
|  WAYNE FALK                             Title: CHIEF SPF                       |
|                                                21-99-6901                      |
+--------------------------------------------------------------------------------+
Filed at:  TOWN CLERK
           BURLINGTON Town of                                 Total | $   3177.81
           BURLINGTON, CT 6013
-------------------------------------------------------------------+------------
This notice was prepared and executed at BOSTON, MA
on this, the 09th day of September, 1994.
-------------------------------------------------+------------------------------
Authorizing Official:                            | Title:
    A.C.S. - Buffalo        ACS                  |    BRANCH CHIEF
                                                 |    06-01-0000
```

GOVERNMENT EXHIBIT E