UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | :  NO.   3:01cv2024 (MRK) |
| | : |
| v. | : |
| | : |
| | : |
| ARTHUR L. OGONOSKI, | : |
| | : |
| Defendant. | : |

## JUDGMENT

This matter came on for consideration on plaintiffs' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on June 8, 2004, entered a Ruling granting the relief directing that judgment enter for the plaintiff in the amount of $40,131.25, plus statutory additions, including accrued interest.

It is therefore ORDERED and ADJUDGED that judgment is entered for the plaintiff in the amount of $40,131.25 and the case is closed.

Dated at New Haven, Connecticut, this 9th day of June, 2004.

KEVIN F. ROWE, CLERK
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____