FORM 1

# UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

FILED
JUL 12  2 59 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

United States of America

v.                                          CIVIL CASE NO. 3:01CV2024

Arthur L. Ogonoski

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _Arthur L. Ogonoski_ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order): _entered a ruling granting plaintiff full compensation in amount of $40,131.25 plus additions including interest or penalty_

2. The Judgment /Order in this action was entered on _Jun 9, 2004_
(date)

_Arthur L. Ogonoski_
Signature

_Arthur L. Ogonoski_
Print Name

_348 George Washington TPK._
_Burlington CT. 06013_
Address

Date: 6/25/04

_860 673 0233_
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).